# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3160

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff - Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District of |
| | * | Nebraska. |
| Damion T. Johnson, | * | |
| | * | [UNPUBLISHED] |
| Defendant - Appellant. | * | |

_____

Submitted: January 11, 2000
Filed: January 24, 2000

_____

Before WOLLMAN, Chief Judge, FLOYD R. GIBSON, and MURPHY, Circuit Judges.

_____

PER CURIAM.

After the district court[1] denied his motion to suppress evidence, Damion Johnson entered a conditional plea of guilty to conspiracy to possess with intent to distribute cocaine base in violation of 21 U.S.C. § 846. He now appeals the order denying his motion to suppress, arguing that the search warrant that led to the seizure of the evidence was defective because the supporting affidavit did not contain enough information to establish the reliability of the confidential informant. The affidavit stated

_____

[1] The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

that the informant had provided reliable information in the past, was not on probation, parole or work release, was knowledgeable about the drug trade, and had observed a drug transaction at the site in the prior forty eight hours and knew there was more crack there. Law enforcement officers also took notice of the amount of pedestrian traffic at the location. After considering the affidavit and the totality of the circumstances, we conclude that there was a sufficient showing of probable cause. See United States v. Wright, 145 F.3d 973, 975 (8th Cir. 1998). The judgment of the district court is therefore affirmed.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

2